SO ORDERED.

Dated: March 27, 2025



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AG BROTHERS' FOOD RESTAURANTS, LLC dba MARISCOS EL NUEVO ALTATA,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:22-bk-06667-MCW<br><br>Adversary No. 2:25-ap-00038-MCW |
| JILL H. FORD, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL AVILES GRANILLO GRANILLO AND JANE DOE AVILES GRANILLO, husband and wife; and LIGHTNING IRONWORK WELDS, LLC, an Arizona limited liability company, the RAFAEL AVILES GRANILLO GRANILLO REVOCABLE TRUST DATED SEPTEMBER 1, 2024, an Arizona Trust; BLACK CORPORATIONS I through X; and WHITE LIMITED LIABILITY COMPANIES I though X,<br><br>Defendant. | **JUDGMENT** |

Upon the default of Defendants and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

That Plaintiff, Jill H. Ford, Trustee, is hereby granted judgment against Rafael Aviles Granillo, Lightning Ironwork Welds, LLC, and the Rafael Aviles Granillo Revocable Trust Dated September 1, 2024 (jointly and severally, "**Defendants**"):

    a. Avoiding the transfer of $5,340.00 ("**549 Transfer**") to Defendants pursuant to 11

U.S.C. § 549;

b. Avoiding the transfer of $38,590.00 ("**Transfer**") to Defendants pursuant to A.R.S. § 44-1004(A)(1), A.R.S. § 44-1004(A)(2), 11 U.S.C. § 548(a)(1)(A), and 11 U.S.C. § 548(a)(1)(B);

c. Directing Defendant to turn over the 549 Transfer Transfer pursuant to 11 U.S.C. § 550;

d. Preserving the value of this Judgment for the benefit of the Estate pursuant to 11 U.S.C. §551; and

e. For interest at the highest rate allowed by law from the date of the 549 Transfer and Transfer until this Judgment is paid in full.

**SIGNED AND DATED ABOVE**